# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: Peter and Suzanne Mecler )
                                )  Case No. 05 B 59190
                                )
                                )

## ORDER CONVERTING CASE UNDER CHAPTER 11
## TO CASE UNDER CHAPTER 7

*The Moving Party shall serve copies of this order on the Debtor, the Designated Person named in paragraph 3 below, and all professionals known to him who performed services in connection with the Chapter 11 case and shall file a proof of such service.*

This case is before the court on a motion under 11 U.S.C. § 1112(a) to convert this Chapter 11 case to a case under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, or, in the alternative, to dismiss the case. After notice and a hearing, the Court orders as follows:

1. This case is converted to a case under Chapter 7.

2. The Debtor ~~and the Chapter 11 Trustee~~ shall,
   a. On or before _August 22, 2006_, account for and turn over to the Chapter 7 Trustee all records and property of the estate under their custody and control as required by Fed. R. Bankr. P. 1019(4);
   b. On or before _August 30, 2006_, file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case (including the names and addresses of all creditors) as required by Fed. R. Bankr. P. 1019(5);
   c. On or before _September 14, 2006_, file a final report and account as required by Fed. R. Bankr. P. 1019(5); and
   d. Within 15 days after the entry of this order, file the statements and schedules required by Fed. R. Bankr. P. 1019(1) and 1007(b), if such documents have not already been filed.

3. Pursuant to Fed. R. Bankr. P. 9001(5), the court designates _PETER AND SUZANNE MEDER_ ("Designated Person") to perform the acts of the Debtors.

4. This matter is set for a status hearing on _October 4, 2006_ at _10:00 AM_ in Courtroom No. _619_ of the Everett McKinley Dirksen Federal Court House, 219 South Dearborn Street, Chicago, Illinois. At that hearing, the court will determine whether the Debtors/Designated Person/~~Chapter 11 Trustee~~ have complied with this order and, if not, consider such requests for further relief as may be required to secure compliance with this order.

ENTER:  *Jacqueline P. Cox*

J. Cox

_____
Judge
8/15/06

Dated: _____

Form Order No. 20

convert11to7    ilnb: October 1, 1999