# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 05 B 59190 |
| Peter F. Meder and Suzanne A. Meder | ) Hon. Jacqueline P. Cox |
| | ) Hearing Date: January 16, 2007 |
| Debtors. | ) Time: 9:30 a.m. |

## Application for Allowance and Payment of
## Final Compensation and Reimbursement of Expenses of
## Baldi & Associates, Attorneys for Debtors in Possession

Joseph A. Baldi & Associates, P.C. ("Baldi & Associates"), attorneys for Peter F. Meder

and Suzanne A. Meder, ("Debtors"), pursuant to sections 330 and 331 of title 11, United States

Code ("Code"), requests this Court to enter an order (a) allowing final compensation to Baldi &

Associates in the amount of $12,539.00 for 49.5 hours of legal services rendered to the Debtors

from October 10, 2005 through October 11, 2006;  (b) allowing $839.00 for reimbursement of

expenses incurred in connection with such services; (c)  authorizing Baldi & Associates to apply

an advance payment retainer in the amount of $10,000 ("Retainer") against allowed fees and

expenses and (d) allowing Baldi & Associates an administrative claim for fees and expenses

allowed in excess of the Retainer.  In support thereof, Baldi & Associates respectfully states as

follows:

### Introduction

1.     Debtors commenced this case on October 15, 2005 by filing a voluntary petition

for relief under chapter 11 of title 11, United States Code ("Code").

2.     On August 15, 2006 (the "Conversion Date") this Court entered an Order

Converting Case Under Chapter 11 to Case Under Chapter 7 (the "Conversion Order").

3.     Subsequent to the entry of the Conversion Order, Phillip Martino was appointed as the trustee ("Trustee") in the chapter 7 case.

4.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

### Retention of Baldi & Associates

5.     On October 26, 2005, this Court entered an order authorizing the Debtors to employ Baldi & Associates as their attorneys in this case ("Retention Order"). A copy of the Retention Order is attached hereto as Exhibit A. Baldi & Associates has served as counsel for the Debtors at all times since its retention by the Debtors.

6.     The professional qualifications and experience of the Baldi & Associates attorneys and paralegals who performed substantial legal services for the Debtors during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Debtors during the period covered by this fee application are:

> Joseph A. Baldi -- Partner
> Elizabeth C. Berg -- Associate/Paralegal[1]
> Donna B. Wallace – Associate

### Services Rendered by Baldi & Associates

7.     Itemized and detailed descriptions of the specific services rendered by Baldi & Associates to the Debtors for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of

---

[1] Mrs. Berg is both a licensed attorney and a certified paralegal. She has performed services on behalf of Debtor in this case in both capacities. As previously disclosed in the Debtor's application to employ Baldi & Associates, Mrs. Berg maintains separate timekeeper numbers to distinguish her dual capacities and to bill her services at the appropriate rate. Mrs. Berg currently bills for her services as an attorney at the rate of $200.00/hour and at $140.00/hour for her services as a paralegal.

each attorney or paralegal, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

8.    The services rendered by Baldi & Associates have been segregated into four (4) specific categories.   Summarized below by category are the services rendered by Baldi & Associates during the period covered by this Application.

8.1   General Administration:   During the period covered by this Application, Baldi & Associates met with Debtors and reviewed all documents related to outstanding taxes and debts to advise Debtors on the likelihood of a successful reorganization.  Baldi & Associates conferred with Debtors concerning the information required for their schedules.   Baldi & Associates prepared Debtors' Petition and Schedules in a timely manner and prepared amendments as required.   Baldi & Associates advised the Debtors of their rights and responsibilities as a Debtors-in-Possession and attended the Debtors 341 meeting.  Baldi & Associates represented Peter Meder in connection with a hearing on a wage claim against one of his corporations held by the Illinois Department of Employment Security and worked out an agreed order for the wage claim.  Baldi & Associates conferred with Debtors to explain the procedure for completing the Operating Reports required by the United States Trustee.   Baldi & Associates monitored the submission of Operating Reports by Debtors and reviewed and revised the Operating Reports prepared by Debtors.  Baldi & Associates represented Debtors in connection with a Motion to Modify Stay filed by one of their secured creditors, conferred with Debtors regarding the conversion of the case to one under chapter 7 of the Code, prepared Debtors' Final Report and attended all status hearings related to the chapter 11 case.

3

In connection with the foregoing services, Baldi & Associates spent 32.4 hours for which it requests allowance and payment of final compensation in the amount of $8,214.00.

8.2 Fee Applications:  Baldi & Associates prepared and presented its final fee application the Debtors for services rendered during the chapter 11 phase of this case.

In connection with the foregoing services, Baldi & Associates spent 4.3 hours for which it requests allowance and payment of final compensation in the amount of $1,075.00.

8.3 Plan and Disclosure Statement:   During the period covered by this Application, Baldi & Associates prepared a feasibility analysis and exhibits for a disclosure statement.  Baldi & Associates conferred with Debtors and their accountant concerning future income and spending as it affected their ability to develop a feasible plan of reorganization.  Baldi & Associates conferred with the US Trustee's office concerning deadlines for the plan & disclosure statement and appeared at the hearing concerning deadlines for filing a plan and disclosure statement.

In connection with the foregoing, Baldi & Associates spent 7.1 hours for which it requests allowance and payment of compensation in the amount $1,825.00.

8.4 Retention of Professionals:  Baldi & Associates prepared and presented motions to authorize the Debtors to retain Baldi & Associates as their attorneys, and Lois West as accountant for the Estate. In connection the retentions, Baldi & Associates prepared all documentation and performed conflicts checks to ensure any connections with parties in the case were properly disclosed in accordance with Rule 2014 of the Federal Rules of Bankruptcy Procedure.

In connection with the foregoing services, Baldi & Associates spent 2.4 hours for which it requests allowance and payment of final compensation in the amount of $600.00.

4

8.5 Tax Matters:   During the period covered by this Application, Baldi & Associates negotiated with the attorneys for the Internal Revenue Service concerning the amounts of their allowed claims and treatment under the Plan of Reorganization..

In connection with the foregoing, Baldi & Associates spent 7.6 hours for which it requests allowance and payment of final compensation in the amount $1,900.00.

## Compensation Requested

9.      Baldi & Associates has spent a total of 49.5 hours for the services described in paragraph 8 above from October 10, 2005 through October 11, 2006.  The total value of those services and the amount of compensation requested therefore is $12,539.00.  A summary of the hours spent and the dollar value of the services rendered in each category is attached hereto as Exhibit D.

10.     All of the services performed by Baldi & Associates were required for proper representation of the Debtors in this case, were authorized by this Court and were performed by Baldi & Associates at the request and direction of the Debtors.  Pursuant to sections 330 and 331 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of Baldi & Associates' services are compensable and the compensation requested is fair and reasonable.  There has been no duplication of services rendered to the Debtors by Baldi & Associates for which compensation is requested.

11.     The rates charged by the attorneys and paralegals of Baldi & Associates in this Application were their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters.  Each of the billing statements attached hereto as Exhibit C contains a comprehensive

summary, by category of service, of each person who performed services for the Debtors, the number of hours they expended in each category and the compensation requested therefore.

### Expenses

12.     Baldi & Associates has incurred expenses in the amount of $839.00 in connection with its representation of the Debtors during the period covered by this Application for which it now requests reimbursement. Expenses were incurred for Debtors' filing fee.

13.     The expenses incurred by Baldi & Associates through October 11, 2006 have been recorded and allocated to the specific categories outlined herein and are set forth in detail on the billing statements attached hereto in Exhibit C.

### Retainer Received

14.     Prior to the commencement of this case, Baldi & Associates received a retainer from Debtors, in the amount of $15,000.00. The retainer was given as an "advance payment" retainer for future services and costs to be advanced in connection with this bankruptcy. The retainer has been held in Baldi & Associates' client trust account  and will be applied to fees and costs incurred in its representation of Debtors as authorized by this Court. Baldi & Associates has spent time since the conversion of this case conferring with Debtors and Trustee regarding the sale of property of the Estate. In addition, Baldi & Associates will spend significant time advising Debtors regarding the chapter 7 phase of the case and resolving issues related to the IRS claim in this case.   In order to assure that Baldi & Associates can continue to provide representation to Debtors, Baldi & Associates requests authority to apply $5,000 of the retainer received to services described in this fee application and to apply the remaining $5,000 of the retainer to services to be performed in the chapter 7 phase of the case. This will apply the

6

retainer in a manner consistent with the Debtor's intent that the retainer be used to insure Debtor continued representation in this case.

## Payment of Compensation

15.    Baldi & Associates has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Baldi & Associates for services rendered to the Debtors in connection with this case.

16.    Baldi & Associates has not previously received or been promised any payments for services rendered in this case except as set forth in paragraph 14 above.

17.    The Affidavit of Joseph A. Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit E and made a part hereof.

## Status of the Case

18.    On August 15, 2006 (the "Conversion Date") this Court entered an Order Converting Case Under Chapter 11 to Case Under Chapter 7 (the "Conversion Order"). Subsequent to the entry of the Conversion Order, Phillip Martino was appointed as the trustee ("Trustee") in the chapter 7 case. Debtors have filed their final Debtor In Possession report and are cooperating with the Trustee in his administration of the case.

## Notice to Creditors

19.    Baldi & Associates has sent 20 days' notice of this Application to the Debtors, all creditors and other parties in interest, including the United States Debtors in accordance with the provisions of Rule 2002 of the Federal Rules of Bankruptcy Procedure. A copy of the notice is attached hereto as Exhibit F.

## Trustee and Debtors' Approval

20.     Baldi & Associates certifies that the Debtors has received, reviewed and approved this Application.   In addition, Baldi & Associates has conferred with the Trustee and are informed that the Trustee has no objection to this application.

WHEREFORE, Baldi & Associates requests the entry of an order providing the following:

A.      Allowing to Baldi & Associates an administrative claim in the amount of $12,539.00 for actual and necessary professional services rendered to the Debtors from October 10. 2005 through October 11, 2006;

B.      Allowing to Baldi & Associates reimbursement in the amount of $839.00 for its actual and necessary expenses incurred in connection with such services;

C.      Authorizing Baldi & Associates to apply $5,000 of the retainer in partial satisfaction of its allowed administrative claim and to retain the remaining $5,000 as a retainer for services of Baldi & Associates in the chapter 7 phase of this case; and

D.      Granting such other and further relief as this Court deems appropriate.

Dated:  January 17, 2007

                                        JOSEPH A. BALDI & ASSOCIATES
                                        Attorneys Peter F. Meder and Suzanne A. Meder,
                                        Debtors

                                        By: _____
                                                          Its Principal

Joseph A. Baldi/Attorney I.D. No. 00100145
Donna B. Wallace/Attorney I.D. No. 6200260
JOSEPH A. BALDI & ASSOCIATES, P.C.
19 S. LaSalle Street  Suite 1500
Chicago, Illinois  60611
312-726-8150

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) Case No. 05 B 59190 |
| Peter F. Meder and Suzanne A. Meder | ) Hon. Jacqueline P. Cox |
|  | ) Hearing Date:  February 13, 2007 |
| Debtors. | ) Time: 9:30 a.m. |

**Notice of Application**

To:    See Attached Service List

**PLEASE TAKE NOTICE** that on February 13, 2007, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox United States Bankruptcy Judge, in Room 619 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses of Baldi & Associates, Attorneys for Debtors in Possession**, a copy of which is attached hereto and hereby served upon you.

Joseph A. Baldi
Attorney I.D. No. 00100145
Donna B. Wallace
Attorney I.D. No. 6200260
Joseph A. Baldi & Associates
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

I hereby certify that I caused a true and correct copy of the foregoing notice and the application identified therein to be served upon the persons listed on the attached service list at their respective addresses by first class mail, postage prepaid on January 18th, 2006.

/s/ Donna B. Wallace
Donna B. Wallace

*Service List*
### Peter F. Meder & Suzanne A. Meder, debtors
### Case No. 05 B 59190

Office of the United States Trustee
227 West Monroe Street – Suite 3350
Chicago, IL  60606
USTPRegion11.ES.ECF@usdoj.gov

Peter & Suzanne Meder
2439 Fox Meadow Court
Northfield, IL  60093
**Via First Class Mail**

AMEX
P.O. Box 297871
Ft. Lauderdale, FL  33329
**Via First Class Mail**

Barneys Ny Cred Co.
1201 Valley Brook Ave.
Lyndhurst, NJ  07071
**Via First Class Mail**

BP Oil/Citibank
P.O. Box 6003
Hagerstown, MD 21747
**Via First Class Mail**

Cbusasears
PO Box 6189
Sioux Falls, SD  57117
**Via First Class Mail**

Citibank
PO Box 6241
Sioux Falls, SD  57117
**Via First Class Mail**

Dell Financial Services
PO Box 81577
Austin, TX  78708-1577
**Via First Class Mail**

FGMK, LLC
2801 Lakeside Drive - 3rd Floor
Bannockburn, IL  60015
**Via First Class Mail**

Glenview State Bank
PO Box 1111
Madison, WI  53701-1111
**Via First Class Mail**

HFC - USA
PO Box 1547
Chesapeake, VA  23320
**Via First Class Mail**

HSBC/Bergd
1201 Elm Street
Dallas, TX  75270
**Via First Class Mail**

Illinois Dept. of Revenue
Bankruptcy Section 7-425
100 W. Randolph Street
Chicago, IL  60606
**Via First Class Mail**

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn
Chicago, IL  60604
**Via First Class Mail**

Neiman Marcus
PO Box 729080
Dallas, TX  75372
**Via First Class Mail**

The Center for Contextual Change
9239 Gross Point Road - Suite 300
Skokie, IL  60077
**Via First Class Mail**

Wffinancial
9001a N. Milwaukee
Niles, IL  60648
**Via First Class Mail**

Cook County Treasurer
118 North Clark Street - Rm. 112
Chicago, IL  60602
**Via First Class Mail**

Green Point Savings
4160 Main Street
Flushing, NY  11355
**Via First Class Mail**

Northview B&T
245 Waukegan Road
Northfield, IL  60093
**Via First Class Mail**

Washington Mutual
PO Box 1093
Northridge, CA  91328
**Via First Class Mail**

Mr. Phil V.  Martino
DLA Piper Rudnick Gray Cary, LLP
203 N. LaSalle Street – Suite 1800
Chicago, IL  60601
philip.martino@dlapiper.com

American Express Tax Related Services, Co. Inc
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA  19355-0701
**Via First Class Mail**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 05 B 59190 |
| Peter F. Meder and Suzanne A. Meder | ) Hon. Jacqueline P. Cox |
| | ) Hearing Date:  January 16, 2007 |
| Debtors. | ) Time: 9:30 a.m. |

Application for Allowance and Payment of
Final Compensation and Reimbursement of Expenses of
Baldi & Associates, Attorneys for Debtors in Possession

Joseph A. Baldi & Associates, P.C. ("Baldi & Associates"), attorneys for Peter F. Meder

and Suzanne A. Meder, ("Debtors"), pursuant to sections 330 and 331 of title 11, United States

Code ("Code"), requests this Court to enter an order (a) allowing final compensation to Baldi &

Associates in the amount of $12,539.00 for 49.5 hours of legal services rendered to the Debtors

from October 10, 2005 through October 11, 2006;  (b) allowing $839.00 for reimbursement of

expenses incurred in connection with such services; (c)  authorizing Baldi & Associates to apply

an advance payment retainer in the amount of $10,000 ("Retainer") against allowed fees and

expenses and (d) allowing Baldi & Associates an administrative claim for fees and expenses

allowed in excess of the Retainer.  In support thereof, Baldi & Associates respectfully states as

follows:

### Introduction

1.      Debtors commenced this case on October 15, 2005 by filing a voluntary petition

for relief under chapter 11 of title 11, United States Code ("Code").

2.      On August 15, 2006 (the "Conversion Date") this Court entered an Order

Converting Case Under Chapter 11 to Case Under Chapter 7 (the "Conversion Order").

3.      Subsequent to the entry of the Conversion Order, Phillip Martino was appointed as the trustee ("Trustee") in the chapter 7 case.

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

### Retention of Baldi & Associates

5.      On October 26, 2005, this Court entered an order authorizing the Debtors to employ Baldi & Associates as their attorneys in this case ("Retention Order"). A copy of the Retention Order is attached hereto as Exhibit A. Baldi & Associates has served as counsel for the Debtors at all times since its retention by the Debtors.

6.      The professional qualifications and experience of the Baldi & Associates attorneys and paralegals who performed substantial legal services for the Debtors during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Debtors during the period covered by this fee application are:

    Joseph A. Baldi -- Partner
    Elizabeth C. Berg -- Associate/Paralegal[1]
    Donna B. Wallace – Associate

### Services Rendered by Baldi & Associates

7.      Itemized and detailed descriptions of the specific services rendered by Baldi & Associates to the Debtors for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of

---

[1] Mrs. Berg is both a licensed attorney and a certified paralegal. She has performed services on behalf of Debtor in this case in both capacities. As previously disclosed in the Debtor's application to employ Baldi & Associates, Mrs. Berg maintains separate timekeeper numbers to distinguish her dual capacities and to bill her services at the appropriate rate. Mrs. Berg currently bills for her services as an attorney at the rate of $200.00/hour and at $140.00/hour for her services as a paralegal.

2

each attorney or paralegal, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

8.     The services rendered by Baldi & Associates have been segregated into four (4) specific categories.  Summarized below by category are the services rendered by Baldi & Associates during the period covered by this Application.

8.1   General Administration:   During the period covered by this Application, Baldi & Associates met with Debtors and reviewed all documents related to outstanding taxes and debts to advise Debtors on the likelihood of a successful reorganization.  Baldi & Associates conferred with Debtors concerning the information required for their schedules.   Baldi & Associates prepared Debtors' Petition and Schedules in a timely manner and prepared amendments as required.   Baldi & Associates advised the Debtors of their rights and responsibilities as a Debtors-in-Possession and attended the Debtors 341 meeting.  Baldi & Associates represented Peter Meder in connection with a hearing on a wage claim against one of his corporations held by the Illinois Department of Employment Security and worked out an agreed order for the wage claim.  Baldi & Associates conferred with Debtors to explain the procedure for completing the Operating Reports required by the United States Trustee.   Baldi & Associates monitored the submission of Operating Reports by Debtors and reviewed and revised the Operating Reports prepared by Debtors.  Baldi & Associates represented Debtors in connection with a Motion to Modify Stay filed by one of their secured creditors, conferred with Debtors regarding the conversion of the case to one under chapter 7 of the Code, prepared Debtors' Final Report and attended all status hearings related to the chapter 11 case.

3

In connection with the foregoing services, Baldi & Associates spent 32.4 hours for which it requests allowance and payment of final compensation in the amount of $8,214.00.

8.2  Plan and Disclosure Statement:   During the period covered by this Application, Baldi & Associates prepared a feasibility analysis and exhibits for a disclosure statement. Baldi & Associates conferred with Debtors and their accountant concerning future income and spending as it affected their ability to develop a feasible plan of reorganization. Baldi & Associates conferred with the US Trustee's office concerning deadlines for the plan & disclosure statement and appeared at the hearing concerning deadlines for filing a plan and disclosure statement.

In connection with the foregoing, Baldi & Associates spent 7.1 hours for which it requests allowance and payment of compensation in the amount $1,825.00.

8.3  Retention of Professionals:  Baldi & Associates prepared and presented motions to authorize the Debtors to retain Baldi & Associates as their attorneys, and Lois West as accountant for the Estate. In connection the retentions, Baldi & Associates prepared all documentation and performed conflicts checks to ensure any connections with parties in the case were properly disclosed in accordance with Rule 2014 of the Federal Rules of Bankruptcy Procedure.

In connection with the foregoing services, Baldi & Associates spent 2.4 hours for which it requests allowance and payment of final compensation in the amount of $600.00.

8.4 Tax Matters:   During the period covered by this Application, Baldi & Associates negotiated with the attorneys for the Internal Revenue Service concerning the amounts of their allowed claims and treatment under the Plan of Reorganization..

4

In connection with the foregoing, Baldi & Associates spent 7.6 hours for which it requests allowance and payment of final compensation in the amount $1,900.00.

### Compensation Requested

9.      Baldi & Associates has spent a total of 49.5 hours for the services described in paragraph 8 above from October 10, 2005 through October 11, 2006. The total value of those services and the amount of compensation requested therefore is $12,539.00. A summary of the hours spent and the dollar value of the services rendered in each category is attached hereto as Exhibit D.

10.     All of the services performed by Baldi & Associates were required for proper representation of the Debtors in this case, were authorized by this Court and were performed by Baldi & Associates at the request and direction of the Debtors. Pursuant to sections 330 and 331 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of Baldi & Associates' services are compensable and the compensation requested is fair and reasonable. There has been no duplication of services rendered to the Debtors by Baldi & Associates for which compensation is requested.

11.     The rates charged by the attorneys and paralegals of Baldi & Associates in this Application were their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. Each of the billing statements attached hereto as Exhibit C contains a comprehensive summary, by category of service, of each person who performed services for the Debtors, the number of hours they expended in each category and the compensation requested therefore.

### Expenses

12.    Baldi & Associates has incurred expenses in the amount of $839.00 in connection with its representation of the Debtors during the period covered by this Application for which it now requests reimbursement.  Expenses were incurred for Debtors' filing fee.

13.    The expenses incurred by Baldi & Associates through October 11, 2006 have been recorded and allocated to the specific categories outlined herein and are set forth in detail on the billing statements attached hereto in Exhibit C.

### Retainer Received

14.    Prior to the commencement of this case, Baldi & Associates received a retainer from Debtors, in the amount of $15,000.00.  The retainer was given as an "advance payment" retainer for future services and costs to be advanced in connection with this bankruptcy.  The retainer has been held in Baldi & Associates' client trust account  and will be applied to fees and costs incurred in its representation of Debtors as authorized by this Court.  Baldi & Associates has spent time since the conversion of this case conferring with Debtors and Trustee regarding the sale of property of the Estate.  In addition, Baldi & Associates will spend significant time advising Debtors regarding the chapter 7 phase of the case and resolving issues related to the IRS claim in this case.   In order to assure that Baldi & Associates can continue to provide representation to Debtors, Baldi & Associates requests authority to apply $5,000 of the retainer received to services described in this fee application and to apply the remaining $5,000 of the retainer to services to be performed in the chapter 7 phase of the case.  This will apply the retainer in a manner consistent with the Debtor's intent that the retainer be used to insure Debtor continued representation in this case.

6

### Payment of Compensation

15.     Baldi & Associates has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Baldi & Associates for services rendered to the Debtors in connection with this case.

16.     Baldi & Associates has not previously received or been promised any payments for services rendered in this case except as set forth in paragraph 14 above.

17.     The Affidavit of Joseph A. Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit E and made a part hereof.

### Status of the Case

18.     On August 15, 2006 (the "Conversion Date") this Court entered an Order Converting Case Under Chapter 11 to Case Under Chapter 7 (the "Conversion Order"). Subsequent to the entry of the Conversion Order, Phillip Martino was appointed as the trustee ("Trustee") in the chapter 7 case. Debtors have filed their final Debtor In Possession report and are cooperating with the Trustee in his administration of the case.

### Notice to Creditors

19.     Baldi & Associates has sent 20 days' notice of this Application to the Debtors, all creditors and other parties in interest, including the United States Debtors in accordance with the provisions of Rule 2002 of the Federal Rules of Bankruptcy Procedure. A copy of the notice is attached hereto as Exhibit F.

### Trustee and Debtors' Approval

20.     Baldi & Associates certifies that the Debtors has received, reviewed and approved this Application. In addition, Baldi & Associates has conferred with the Trustee and are informed that the Trustee has no objection to this application.

7

WHEREFORE, Baldi & Associates requests the entry of an order providing the following:

A.     Allowing to Baldi & Associates an administrative claim in the amount of $12,539.00 for actual and necessary professional services rendered to the Debtors from October 10, 2005 through October 11, 2006;

B.     Allowing to Baldi & Associates reimbursement in the amount of $839.00 for its actual and necessary expenses incurred in connection with such services;

C.     Authorizing Baldi & Associates to apply $5,000 of the retainer in partial satisfaction of its allowed administrative claim and to retain the remaining $5,000 as a retainer for services of Baldi & Associates in the chapter 7 phase of this case; and

D.     Granting such other and further relief as this Court deems appropriate.


Dated:  January 17, 2007

                              JOSEPH A. BALDI & ASSOCIATES
                              Attorneys Peter F. Meder and Suzanne A. Meder, Debtors

                              By:__/s/ Donna B. Wallace_____


Joseph A. Baldi/Attorney I.D. No. 00100145
Donna B. Wallace/Attorney I.D. No. 6200260
JOSEPH A. BALDI & ASSOCIATES, P.C.
19 S. LaSalle Street  Suite 1500
Chicago, Illinois  60611
312-726-8150

8

Baldi & Associates
Final Fee Application

Peter F. and Suzanne A. Meder
Case No. 5-59190

Retention Order

Exhibit A

Electronically Filed Document Case 05bk59190 Entered 10/19/2005 Filed by Donna Wallace Description Proposed Order Page 1 of 1

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 05 B 59190 |
| Peter F. Meder and Suzanne A. Meder | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date:  October 26, 2005 |
| Debtors. | ) | Time: 9:30 a.m. |

### Order Authorizing Debtors to Employ Counsel

THIS CAUSE comes before this Court on the Debtors' Application to Employ Joseph A.

Baldi, Donna B. Wallace, Elizabeth C. Berg and the law firm of Joseph A. Baldi & Associates, P.C.

as attorneys for Debtors and the affidavit of Joseph A. Baldi in support thereof; due notice having

been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Peter F. Meder and Suzanne A. Meder, are authorized to

employ Joseph A. Baldi, Donna B. Wallace, Elizabeth C. Berg and the law firm of Joseph A. Baldi

& Associates, P.C. to act as counsel for the Debtors and Debtors in possession, with compensation to

be paid in such amounts as may be allowed by this Court upon proper application therefor.

Dated: October 26, 2005                      ENTER:

J. Cox Jacqueline P. Cox

Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Joseph A. Baldi/Attorney ID No. 00100145
Donna B. Wallace/Attorney ID No. 6200260
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street  Suite 1500
Chicago, IL  60603
(312) 726-8150

Baldi & Associates
Final Fee Application

Peter F. and Suzanne A. Meder
Case No. 5-59190

**Professional Qualifications**

**Exhibit B**

**Baldi & Associates**

Joseph A. Baldi

       Joseph A. Baldi is the principal shareholder of Baldi & Associates. Prior to establishing his own law firm, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he was the Practice Group Chair of the Bankruptcy, Reorganization and Creditors' Rights Practice Group. Mr. Baldi has broad experience in insolvency matters, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.

       Mr. Baldi's extensive experience in the field of bankruptcy includes the representation of creditors, debtors, bankruptcy trustees and creditor committees. Mr. Baldi has represented a variety of lenders, including banks, life insurance companies and other secured creditors in bankruptcy courts throughout the country. Mr. Baldi has represented debtors and bankruptcy trustees in both chapter 7 and chapter 11 cases involving real estate partnerships, restaurants, software vendors, trucking companies, construction firms and gas production facilities.

       Mr. Baldi has been a member of the panel of private trustees appointed by the United States Trustee's Office for the Northern District of Illinois since 1988. He has operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, a retirement home and an industrial real estate partnership. Mr. Baldi has also liquidated a broad range of business entities as a chapter 7 trustee, including law firms, distributorships, retail firms and construction companies.

In addition to his experience in private practice, Mr. Baldi spent five years employed by the United States Trustee's Office in Chicago, Illinois where he supervised some of the largest Chapter 11 cases pending in the Northern District of Illinois. While at the U.S. Trustee's office, Mr. Baldi was responsible for the U.S. Trustee's program which monitors chapter 7 panel trustees.

Mr. Baldi is admitted to practice before the Supreme Court of Illinois, the United States District Courts for the Northern District of Illinois, the Eastern District of Wisconsin, the Northern District of Indiana and the Eastern District of Michigan and the Seventh Circuit Court of Appeals. Mr. Baldi is a member of the Bankruptcy and Reorganizations Committee of the Chicago Bar Association and American Bar Associations, the American Bankruptcy Institute and the National Association of Bankruptcy Trustees. Mr. Baldi has also actively participated in the Mediation and Local Rules subcommittees of the Chicago Bar Association's Bankruptcy and Reorganizations Committee. In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and is currently a member of his local elementary school board.

Mr. Baldi received his Juris Doctor, *cum laude,* from DePaul University, Chicago, Illinois and received his Bachelor of Arts degree from Western Illinois University in Psychology.

## Baldi & Associates

<u>Elizabeth C. Berg</u>

Elizabeth C. Berg is an Associate of the firm and her expertise is in representing bankruptcy trustees and creditors in both chapter 7 and chapter 11 bankruptcies. Mrs. Berg has represented and worked with Mr. Baldi since his appointment to the panel of private trustees in 1988. Mrs. Berg also has experience representing lenders, borrowers and receivers in commercial foreclosure actions.

Prior to her graduation from law school in 1989, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending and bankruptcy.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Illinois State Bar Association.

Mrs. Berg received her Juris Doctor from Loyola University School of Law where she was the recipient of the Lawyers Cooperative Publishing Company's American Jurisprudence Award for Excellent Achievement in the Study of Bankruptcy. She received her certification as a paralegal from Roosevelt University in Chicago, Illinois and received her Bachelor of Arts degree from Brown University in French Language and Culture.

In addition to practicing law, Mrs. Berg has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.

## Baldi & Associates

Donna B. Wallace

Donna B. Wallace is an Associate of the firm whose expertise is in representing debtors, creditors and trustees in chapter 7, 11 and 13 proceedings. Prior to attaining her law degree, Mrs. Wallace spent fourteen years in Accounting and Finance with Rockwell International. In her last position with Rockwell, Mrs. Wallace was a Business Segment Controller where she supervised a joint venture with a Japanese Company. After graduating from law school, Mrs. Wallace joined the Bankruptcy Group at Rosenthal and Schanfield; she later joined the firm of Rathje Woodward Dyer and Burt in Wheaton, Illinois where she concentrated in bankruptcy and commercial litigation.

Mrs. Wallace is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a certified mediator and arbitrator.

Mrs. Wallace received her Juris Doctor, *with highest distinction,* from The John Marshall Law School in Chicago. At John Marshall, she received the Wall Street Journal Business Planning Award, was a member of the Law Review which published her comment on the topic of lenders liability and was elected to the Order of John Marshall. Mrs. Wallace received an undergraduate degree in Economics and a Masters Degree in Business Administration.

Mrs. Wallace has served as a part-time member of the accounting and law faculties at various colleges including College of DuPage, MacCormac College, Roosevelt University and was Associate Professor of Paralegal Studies at Northwestern Business College prior to joining the firm.

**Baldi & Associates**
**Final Fee Application**

Peter F. and Suzanne A. Meder
**Case No. 5-59190**

**Billing Statements**

**Exhibit C**

Peter F. Meder
2439 Fox Meadow Court
Northfield, IL  60093

**Consolidated Summary**

| | Hours | Fees | Expenses | Total Charges |
|---|---|---|---|---|
| General Administration | 32.4 | $8,214.00 | $839.00 | $9,053.00 |
| IRS Claims | 7.6 | $1,900.00 | | $1,900.00 |
| Plan and Disclosure | 7.1 | $1,825.00 | | $1,825.00 |
| Retention of Professionals | 2.4 | $600.00 | | $600.00 |
| Total | 49.5 | $12,539.00 | $839.00 | $13,378.00 |

Peter F. Meder
2439 Fox Meadow Court
Northfield, IL  60093

| Consolidated Summary | Hours | Fees | Expenses | Total Charges |
|---|---|---|---|---|
| General Administration | 32.4 | $8,214.00 | $839.00 | $9,053.00 |
| IRS Claims | 7.6 | $1,900.00 | | $1,900.00 |
| Plan and Disclosure | 7.1 | $1,825.00 | | $1,825.00 |
| Retention of Professionals | 2.4 | $600.00 | | $600.00 |
| Total | 49.5 | $12,539.00 | $839.00 | $13,378.00 |

## Joseph A. Baldi & Associates, P. C.
### 19 S. LaSalle Street
### Suite 1500
### Chicago, IL 60603

**Phone:** (312) 726-8150

**Fax:**    (312) 726-5067                                **FEIN:** 36-4352753

---

*Invoice submitted to:*                          October 12, 2006

                                               Invoice No:   751

Peter F. Meder
2439 Fox Meadow Court
Northfield, IL 60093

**In Reference to:**   *Meder ch 11 - General Administration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 10/10/2005 | DBW | meeting with client to review information for schedules | 1.00 $250.00/ hr | $250.00 |
| 10/13/2005 | DBW | prepare schedules | 3.90 $250.00/ hr | $975.00 |
| 10/14/2005 | DBW | revise schedules I & J | 0.40 $250.00/ hr | $100.00 |
| 10/14/2005 | JAB | Meet with clients, review petition and schedules, prepare fc filing. | 1.50 $350.00/ hr | $525.00 |
| 10/17/2005 | ECB1 | Prep list of outstanding administrative matters re filing and docketing for ACM | 0.10 $140.00/ hr | $14.00 |
| 10/27/2005 | DBW | tc with client re prepetition property taxes, retention of Loi: West | 0.10 $250.00/ hr | $25.00 |
| 11/21/2005 | DBW | tc with client confirming attendance at 341 meeting and discussing operating report deadlines, insurance policies, fc to U.S. Trustee, dealing with IRS | 0.20 $250.00/ hr | $50.00 |
| 11/22/2005 | DBW | review operating reports, schedules and back up documents re prep for 341 meeting | 0.90 $250.00/ hr | $225.00 |
| 11/22/2005 | DBW | meet with clients to prepare for 341 meeting | 0.80 $250.00/ hr | $200.00 |
| 11/22/2005 | DBW | attend 341 meeting | 1.00 $250.00/ hr | $250.00 |
| 12/13/2005 | DBW | call to client re operating reports for October & November | 0.10 $250.00/ hr | $25.00 |

# Joseph A. Baldi & Associates, P. C.

10/12/2006

Meder ch 11 - General Administration

Page   2

| | | | | |
|---|---|---|---|---|
| 12/22/2005 | DBW | draft letter to clients re late Operating Reports | 0.30 $250.00/ hr | $75.00 |
| 1/03/2006 | DBW | review operating reports for October and November (.5) prepare notices of filing (.2), file reports and notices electronically (.2) | 0.90 $250.00/ hr | $225.00 |
| 1/11/2006 | DBW | tc with Mr. Wolf. UST's office re questions on operating reports | 0.20 $250.00/ hr | $50.00 |
| 1/16/2006 | DBW | tc with client re operating reports and question raised by UST re Country Club dues | 0.10 $250.00/ hr | $25.00 |
| 1/30/2006 | DBW | e-mail to client re operating reports and IRS issues & property tax issues | 0.30 $250.00/ hr | $75.00 |
| 2/06/2006 | DBW | tc with client re UST fees, December operating reports, tax amounts | 0.20 $250.00/ hr | $50.00 |
| 2/07/2006 | DBW | tc with client re: January operating reports, pre-petition real estate taxes, employment taxes and plan | 0.10 $250.00/ hr | $25.00 |
| 2/08/2006 | DBW | review December Cash Receipts & Disbursements (.3). prepare notice of filing (.1), e-file (.1) | 0.50 $250.00/ hr | $125.00 |
| 2/16/2006 | DBW | review operating report for January, 2006 | 0.30 $250.00/ hr | $75.00 |
| 3/06/2006 | DBW | tc with client re Ill. Dept. of Employment Security hearing be held tomorrow and resolution of claim | 0.20 $250.00/ hr | $50.00 |
| 3/07/2006 | JAB | Appear on Meder & Co wage hearing. | 1.00 $350.00/ hr | $350.00 |
| 3/28/2006 | DBW | tc with client re missing operating reports and getting missi information to accountant so we can resolve IRS issues | 0.10 $250.00/ hr | $25.00 |
| 4/04/2006 | JAB | TC to client regarding Bouhl, plan. | 0.30 $350.00/ hr | $105.00 |
| 4/12/2006 | JAB | TC from client regarding meeting. (.1) TC from creditor regarding Labor department settlement with corp. payment of same. (.2) TC to client to reschedule meeting.(.1) | 0.40 $350.00/ hr | $140.00 |
| 4/13/2006 | DBW | meeting with client re operating reports, tax liability. possibl conversion to chapter 7, offer & settlement with IRS, abilit to fund plan, tax returns filed, plan payments & feasibility | 2.50 $250.00/ hr | $625.00 |

## Joseph A. Baldi & Associates, P. C.

10/12/2006

Meder ch 11 - General Administration

Page   3

| | | | | |
|---|---|---|---|---|
| 4/13/2006 | JAB | Meet with client on status of income and expenses, plan issues. | 0.80 $350.00/ hr | $280.00 |
| 4/17/2006 | JAB | prepare release for wage claim against corporation. | 0.50 $350.00/ hr | $175.00 |
| 4/18/2006 | DBW | tc with client re filing of tax returns and operating reports & payment of UST fees | 0.10 $250.00/ hr | $25.00 |
| 4/25/2006 | DBW | call to client to follow up on operating reports | 0.10 $250.00/ hr | $25.00 |
| 5/08/2006 | DBW | tc with client re operating reports & payment of chapter 11 fees | 0.20 $250.00/ hr | $50.00 |
| 5/09/2006 | DBW | tc with IRS re amending claim (.2), tc with UST re failure t file plan & operating reports (.1), tc with client re convertir to Ch 7 and operating reports and settlement with IRS (.1) | 0.40 $250.00/ hr | $100.00 |
| 5/10/2006 | DBW | tc with Ms. West,  accountant re 2005 tax liability, payments, feasible plan, operating report problem, conversion of case | 0.60 $250.00/ hr | $150.00 |
| 5/15/2006 | DBW | meeting with client to review operating reports, discuss conversion of case, sale of house, settlement with IRS (.6), prep notices of filing, file operating reports (.4) | 1.00 $250.00/ hr | $250.00 |
| 5/23/2006 | DBW | letter to Ill. Dept. of Labor re Boule wage claim | 0.30 $250.00/ hr | $75.00 |
| 7/25/2006 | DBW | review motion to modify stay (.3), call to client re same and converting case (.1) | 0.40 $250.00/ hr | $100.00 |
| 7/27/2006 | DBW | tc with client re conversion to chapter 7, advisability of curing mortgage default | 0.10 $250.00/ hr | $25.00 |
| 7/31/2006 | DBW | Motion to convert | 1.40 $250.00/ hr | No Charge |
| 8/01/2006 | DBW | revise motion to convert (.2), draft proposed order (.3), draft notice to creditors (.4) | 0.90 $250.00/ hr | No Charge |
| 8/01/2006 | DBW | tc with Peter Meder re need to sell house, motion to lift stay conversion of case, need to work out problems with IRS | 0.40 $250.00/ hr | $100.00 |
| 8/01/2006 | JAB | Confer with DBW regarding status of case, motion to convert, motion to lift stay.  (.4)  Review motion to lift stay response to same, payment to bring mortgage current.  (.3) | 0.70 $350.00/ hr | $245.00 |

# Joseph A. Baldi & Associates, P. C.

10/12/2006

Meder ch 11 - General Administration

Page   4

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 8/02/2006 | JAB | Appear on Meder - Motion to Modify Stay, discuss order to be entered with secured creditor counsel.  Appear on status of chapter 11 plan, continue same. | 0.80<br>$350.00/ hr | $280.00 |
| 8/15/2006 | DBW | attend hearing on Motion to Lift stay, status of plan, conversion to chapter 7 | 0.50<br>$250.00/ hr | $125.00 |
| 8/22/2006 | DBW | tc with client re conversion schedules, sale of real estate, meeting to review chapter 7 procedures | 0.20<br>$250.00/ hr | $50.00 |
| 9/07/2006 | DBW | tc with client re effects of dismissing case, IRS issues, schedules required to be up-dated (.3), e-mail confirming meeting & information required (.1) | 0.40<br>$250.00/ hr | $100.00 |
| 9/12/2006 | DBW | prepare for meeting to review information for final report (.4), attend meeting with Peter & Suzanne (1.5) | 1.90<br>$250.00/ hr | $475.00 |
| 9/12/2006 | DBW | begin preparing final report | 1.10<br>$250.00/ hr | $275.00 |
| 9/13/2006 | DBW | complete final report & list of unpaid debts (.6), revise & fi schedule C (.2) | 0.80<br>$250.00/ hr | $200.00 |
| 9/13/2006 | JAB | prepare for and attend chapter 7 meeting of creditors, discuss sale of home with trustee. | 1.00<br>$350.00/ hr | $350.00 |
| 10/04/2006 | DBW | appear in court for final status | 0.30<br>$250.00/ hr | $75.00 |
| 10/11/2006 | DBW | tc with client re sale of property & steps taken to promote sale | 0.10<br>$250.00/ hr | $25.00 |

Total Fees   $8,214.00

## Expenses

| Start Date | Code | Description | Quantity | Charges |
|---|---|---|---|---|
| 10/15/2005 | FILING | Filing fee for chapter 11 | 1.00 @<br>$839.00/each | $839.00 |

Total Expenses   $839.00

Total New Charges   $9,053.00

## *Timekeeper Summary*

# Joseph A. Baldi & Associates, P. C.

10/12/2006

Page    5

Meder ch 11 - General Administration

| Name | Hours | Rate |
|------|-------|------|
| Donna B Wallace | 23.00 | $250.00 |
| Donna B Wallace | 0.00 | $0.00 |
| Elizabeth (1) C Berg | 0.10 | $140.00 |
| Joseph A Baldi | 7.00 | $350.00 |

**Joseph A. Baldi & Associates, P. C.**                  10/12/2006

Meder ch 11 - IRS claims                                Page    6

---

**In Reference to:**   *Meder ch 11 - IRS claims*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 11/07/2005 | DBW | review information required by IRS re personal liability and business taxes due (.4), prepare power of attorney for business (.3), tc with accountant re missing tax returns & companies for which tax returns are required (.4) | 1.10 $250.00/ hr | $275.00 |
| 11/08/2005 | DBW | tc with client re powers of attorney forms due to IRS by Thursday (.1), prepare additional power of attorney for defunct company (.2) | 0.30 $250.00/ hr | $75.00 |
| 12/13/2005 | DBW | review & analyze proof of claim filed by IRS | 0.20 $250.00/ hr | $50.00 |
| 1/03/2006 | DBW | tc with accountant re tax issues raised by operating reports, treatment of taxes and due dates for tax payments, IRS clai (.2), letter to accountant forwarding IRS proof of claim for review (.2) | 0.40 $250.00/ hr | $100.00 |
| 1/05/2006 | DBW | tc with accountant re errors in IRS proof of claim, documents required to correct errors | 0.30 $250.00/ hr | $75.00 |
| 2/16/2006 | DBW | tc with IRS re all related entities filing returns & amendmei to debtors claim re plan preparation | 0.30 $250.00/ hr | $75.00 |
| 2/22/2006 | DBW | tc with Ms. West accountant re errors in IRS claim & filed returns for which Debtor was not given credit | 0.30 $250.00/ hr | $75.00 |
| 2/27/2006 | DBW | tc with client re filing tax returns prepared by accountant | 0.10 $250.00/ hr | $25.00 |
| 2/28/2006 | DBW | tc with IRS re amending proof of claim for errors in claim where taxes were assessed when Debtor's corporations filec & paid taxes | 0.20 $250.00/ hr | $50.00 |
| 3/28/2006 | DBW | tc with accountant to determine if all pre-petition IRS retur have been brought current | 0.10 $250.00/ hr | $25.00 |
| 7/06/2006 | DBW | review most recent claim filed by IRS (.1), tc with Mr. Saduski, IRS re bringing proof of claim up to date re: treatment in plan or settlement with IRS (.1) | 0.20 $250.00/ hr | $50.00 |

**Joseph A. Baldi & Associates, P. C.**                                    10/12/2006

Meder ch 11 - IRS claims                                                   Page     7

| | | | | |
|---|---|---|---|---|
| 7/11/2006 | DBW | tc with client to stress urgency in getting information to accountant so we can reach a settlement with the IRS | 0.10<br>$250.00/ hr | $25.00 |
| 7/12/2006 | DBW | phone call with accountant re status of tax returns and potential additional tax liability | 0.20<br>$250.00/ hr | $50.00 |
| 7/17/2006 | DBW | tc with accountant re completion of tax returns for Debtor (.1), research re discharge of Trust Fund Recovery Penalty (.5) | 0.60<br>$250.00/ hr | $150.00 |
| 7/17/2006 | DBW | prepare worksheet reconciling actual tax information from debtor with IRS proof of claim re tax settlement offer | 2.40<br>$250.00/ hr | $600.00 |
| 7/18/2006 | DBW | tc with Ms. West, accountant re status of 2005 tax return, trust fund recovery penalty & retrieving copies of all return filed re work out with IRS | 0.10<br>$250.00/ hr | $25.00 |
| 7/24/2006 | DBW | review tax returns forwarded by accountant re IRS Settlement agreement (.4). tc with accountant re 941 form and trust fund recovery penalty (.3) | 0.70<br>$250.00/ hr | $175.00 |

|  |  |
|---|---|
| Total Fees | $1,900.00 |
| Total New Charges | $1,900.00 |

**Timekeeper Summary**

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 7.60 | $250.00 |

**Joseph A. Baldi & Associates, P. C.**                    10/12/2006

Meder ch 11 - Plan and Disclosure                    Page    8

---

**In Reference to:**    *Meder ch 11 - Plan and Disclosure*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 2/13/2006 | DBW | tc with Mr. Wolfe, UST's office re status, scheduling hearir on disclosure statement | 0.10 $250.00/ hr | $25.00 |
| 2/13/2006 | DBW | begin drafting Disclosure Statement | 0.80 $250.00/ hr | $200.00 |
| 2/14/2006 | DBW | Review claims filed re treatment in plan (.4), recalculate IR claim (.2) tc with IRS re assessed taxes believed to be an error (.2), continue drafting disclosure statement (3.9) | 4.70 $250.00/ hr | $1,175.00 |
| 2/16/2006 | DBW | begin preparing feasibility analysis (.7), tc with Peter Mede re feasibility analysis, future income, minimum payments t IRS, ability to confirm plan (.3) | 1.00 $250.00/ hr | $250.00 |
| 5/24/2006 | JAB | Appear on UST Motion to Set Date for Plan, discuss with UST, agree on deadline | 0.50 $350.00/ hr | $175.00 |

|  |  |
|------|------|
| Total Fees | $1,825.00 |

Total New Charges                                        $1,825.00

### Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Donna B Wallace | 6.60 | $250.00 |
| Joseph A Baldi | 0.50 | $350.00 |

# Joseph A. Baldi & Associates, P. C.

10/12/2006

Meder ch 11 - Retention of Professionals

Page   9

---

**In Reference to:**   *Meder ch 11 - Retention of Professionals*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 10/18/2005 | DBW | prepare application to employ Baldi & Associates, affidavit & proposed order | 0.90 $250.00/ hr | $225.00 |
| 10/26/2005 | JAB | Prepare for and attend hearing on Meder Motion to Retain Counsel | 0.40 $250.00/ hr | $100.00 |
| 11/07/2005 | DBW | prepare application to employ accountant & proposed order | 0.50 $250.00/ hr | $125.00 |
| 11/08/2005 | DBW | proofread & revise Motion to employ accountant | 0.10 $250.00/ hr | $25.00 |
| 11/16/2005 | DBW | attend court re Application to employ accountant | 0.50 $250.00/ hr | $125.00 |
| | | | Total Fees | $600.00 |

Total New Charges $600.00

### Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Donna B Wallace | 2.00 | $250.00 |
| Joseph A Baldi | 0.40 | $250.00 |

Peter F. and Suzanne A. Meder
Case No. 5-59190

**Baldi & Associates**
**Final Fee Application**

**Summary of Services**
**By Category**

**Exhibit D**

Peter F. Meder
2439 Fox Meadow Court
Northfield, IL  60093

### Consolidated Summary

| | Hours | Fees | Expenses | Total Charges |
|---|---|---|---|---|
| General Administration | 32.4 | $8,214.00 | $839.00 | $9,053.00 |
| IRS Claims | 7.6 | $1,900.00 | | $1,900.00 |
| Plan and Disclosure | 7.1 | $1,825.00 | | $1,825.00 |
| Retention of Professionals | 2.4 | $600.00 | | $600.00 |
| Total | 49.5 | $12,539.00 | $839.00 | $13,378.00 |

Peter F. and Suzanne A. Meder
Case No. 5-59190

**Baldi & Associates**
**Final Fee Application**

**Rule 2016 Affidavit**

**Exhibit E**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 05 B 59190 |
| Peter F. Meder and Suzanne A. Meder | ) Hon. Jacqueline P. Cox |
| | ) Hearing Date: February 13, 2007 |
| Debtor. | ) Time: 9:30 a.m. |

**Rule 2016 Affidavit**

| | |
|---|---|
| State of Illinois | ) |
| County of Cook | ) |

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.   I am the principal of Joseph A. Baldi & Associates, P.C. ("Baldi & Associates") am authorized to execute this affidavit on behalf of Baldi & Associates.

2.   I have read the Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses of Baldi & Associates, Attorneys for Peter F. Meder and Suzanne A. Meder ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi & Associates has performed the services set forth and described in the Application at the request and pursuant to the direction of the Debtor.

3.   A copy of the Application has been provided to Debtor and the Debtor has reviewed and approved the Application.

4.   Baldi & Associates has not previously received payment of any compensation for services rendered in connection with this case except for a $10,000 advance payment retainer as disclosed in the Application. Baldi & Associates has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Baldi & Associates.

5.   Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on January  17th , 2007

_____
Notary Public

"OFFICIAL SEAL"
Berg
Illinois
05/16/2008

**Exhibit E**

**Baldi & Associates**
**Final Fee Application**

Rule 2002 Notice to Creditors

Exhibit F

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 05 B 59190 |
| Peter F. Meder and Suzanne A. Meder | ) Hon. Jacqueline P. Cox |
| | ) Hearing Date: February 13, 2007 |
| Debtor. | ) Time: 9:30 a.m. |

### Application for Allowance and Payment of
### Final Compensation and Reimbursement of Expenses of
### Baldi & Associates, Attorneys for Debtor in Possession

To:   *Debtor, All Creditors and Other Parties in Interest*

PLEASE TAKE NOTICE that on or before January 23, 2007, Joseph A. Baldi & Associates, P.C. ("Baldi & Associates"), attorneys for Peter F. Meder and Suzanne A. Meder, Debtor-in-Possession ("Debtor"), will file its Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses ("Application") in the above-referenced matter.  A copy of the Application is available for inspection and copying at the offices of the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois  60604, or at the offices of Baldi & Associates at the address indicated on this notice.

The Application requests that Baldi & Associates be allowed an administrative claim in the amount of $12,539.00 for 49.5 hours of actual and necessary professional services rendered to the Debtors from October 10, 2005 through October 11, 2006 and reimbursement of expenses in the amount of $839.00 for its actual and necessary expenses incurred in connection with such services.  The Application also requests that Baldi & Associates be authorized to apply $5,000 of an advance payment retainer received from Debtors in partial satisfaction of its allowed administrative claim and to retain the remaining $5,000 as a retainer for services of Baldi & Associates in the chapter 7 phase of this case.

Objections, if any, to the allowance and/or payment of the compensation and reimbursement of expenses requested should be filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604 and served upon Joseph A. Baldi & Associates, P.C. at the address indicated on this notice no later than **February 12, 2007.**

A hearing will be held to consider the Application and objections thereto, if any, on **February 13, 2007** at **9:30 a.m.** before the Honorable Jacqueline P. Cox, United States Bankruptcy Judge in Courtroom 619, 219 South Dearborn Street, Chicago, Illinois  60604, at which time you may, but need not appear.  If no objections are filed or if no party requests a hearing thereon, the Court may enter its order allowing the relief sought in the Application without further hearing.

Dated: January 17, 2007

JOSEPH A. BALDI & ASSOCIATES
Attorneys for Peter F. Meder
and Suzanne A. Meder, Debtors

Joseph A. Baldi & Associates
19 South LaSalle Street, Suite 1500
Chicago, IL  60603
(312)726-8150

**Exhibit F**