UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re | ) | Chapter 7 |
|---|---|---|
| | ) | |
| MEDER, PETER F. | ) | Case No. 05-59190-JPC |
| MEDER, SUZANNE A. | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

**Trustee's Final Report**

To: The Honorable JACQUELINE P. COX
United States Bankruptcy Judge

NOW COMES PHILIP V. MARTINO, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on October 15, 2005. PHILIP V. MARTINO was appointed Trustee on August 15, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of September 6, 2007 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $1,200,194.05 |
| b. | DISBURSEMENTS (See Exhibit C) | $1,141,429.65 |

| | | |
|---|---|---|
| c. | NET CASH available for distribution | $58,764.40 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1. Trustee compensation requested (See Exhibit E) | $15,000.00 |
| | 2. Trustee Expenses (See Exhibit E) | $0.00 |
| | 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | |
| | (a.) Popowcer Katten, Ltd. *Accountant for Trustee Fees (Other Firm)* | $1,060.00 |
| | (b.) Dla Piper Us Llp *Attorney for Trustee Fees (Trustee Firm)* | $13,581.50 |
| | (c.) Dla Piper Us Llp *Attorney for Trustee Expenses (Trustee Firm)* | $54.35 |
| | (d.) Office Of The U.S. Trustee *U.S. Trustee Quarterly Fees* | $1,250.00 |

5. Chapter 11 administration claims:

| | |
|---|---|
| (a.) Baldi & Associates *Attorney for D-I-P Fees (Chapter 11)* | $7,657.33 |
| (b.) Baldi & Associates Attorney for D-I-P Expenses (Chapter 11) | $520.67 |

6. The Bar Date for filing unsecured claims expired on December 18, 2006.

7. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $195,010.10 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $30,945.85 |
| c. | Allowed Chapter 11 administrative claims | $13,178.00 |
| d. | Allowed priority claims | $353,762.20 |
| e. | Allowed unsecured claims | $205,368.05 |

8. Trustee proposes that unsecured creditors receive a distribution of 0.0000% of allowed claims .

9. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO<br>*Trustee Compensation* | $0.00 | $15,000.00 | $0.00 |
| DLA PIPER US LLP<br>*Attorney for Trustee* | $0.00 | $13,581.50 | $54.35 |
| POPOWCER KATTEN, LTD.<br>*Accountant for Trustee* | $0.00 | $1,060.00 | $0.00 |

10. The compensation previously awarded to Debtor In Possession's counsel and compensation approved by this Court but not yet paid is as follows:

| | | | |
|---|---|---|---|
| BALDI & ASSOCIATES<br>*Attorney for D-I-P* | $5,000.00 | $7,339.00 | $839.00 |

no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: 9/10/07

/s/ Philip V. Martino

PHILIP V. MARTINO, Trustee
203 NORTH LASALLE STREET
SUITE 1800
CHICAGO, IL 60601

## TASKS PERFORMED BY TRUSTEE

Please see Trustee's Affidavit attached to Trustee's Application for Fees.

**EXHIBIT A**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Case No: 05-59190 JPC Judge: JACQUELINE P. COX
Case Name: MEDER, PETER F.
MEDER, SUZANNE A.
For Period Ending: 09/06/07

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 08/15/06 (c)
341(a) Meeting Date: 09/13/06
Claims Bar Date: 12/18/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2439 Fox Meadow Court | 1,100,000.00 | Unknown | | 1,200,000.00 | FA |
| 2. Northview Bank & Trust | 800.00 | 0.00 | | 0.00 | FA |
| 3. Bank One JP Morgan | 500.00 | 0.00 | | 0.00 | FA |
| 4. Northshore Bank From Chapter 11 | 1,800.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Art Objects | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Normal Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry and Furs | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. Photographic Equipment | 500.00 | 0.00 | | 0.00 | FA |
| 10. Peter Meder & Co. Inc. | 0.00 | Unknown | | 0.00 | FA |
| 11. 2000 Honda Accord | 5,000.00 | 0.00 | | 0.00 | FA |
| 12. 1995 Toyota Corolla | 2,500.00 | 0.00 | | 0.00 | FA |
| 13. 2002 Mercedes Wagon-Leased | 20,000.00 | 0.00 | | 0.00 | FA |
| 14. Conway Farms Golf Club Membership | 40,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 194.05 | Unknown |
| TOTALS (Excluding Unknown Values) | $ 1,181,100.00 | $ 0.00 | | $ 1,200,194.05 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/02 Current Projected Date of Final Report (TFR): 12/31/07

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-59190 -JPC
Case Name: MEDER, PETER F.
MEDER, SUZANNE A.
Taxpayer ID No: *******2967
For Period Ending: 09/06/07

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5893 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/01/07 | 1 | Martha Fram Jackson, Trustee Living Trust 12/19/96 | Sale of Real Estate | | 58,570.35 | | 58,570.35 |
| | | MARTHA FRAM JACKSON, TRUSTEE | Memo Amount: 1,200,000.00 Sale of Real Estate | 1110-000 | | | |
| | | WASHINGTON MUTUAL | Memo Amount: ( 768,231.86 ) First Mortgage | 4110-000 | | | |
| | | GREENPOINT MORTGAGE | Memo Amount: ( 231,602.38 ) Second Mortgage | 4110-000 | | | |
| | | NORTHBROOK BANK | Memo Amount: ( 53,854.29 ) Third and Fourth Mortgage | 4110-000 | | | |
| | | SANDRA HASWELL, SUDLER SOTHEBY | Memo Amount: ( 54,195.00 ) Broker's Commission | 3510-000 | | | |
| | | FOX MEADOW COURT CONDO ASSOCIATION | Memo Amount: ( 2,981.43 ) Condo Association Lien | 4110-000 | | | |
| | | STATE OF ILLINOIS | Memo Amount: ( 184.58 ) 2005 Real Estate Tax Redemption | 2820-000 | | | |
| | | PETER AND SUZANNE MEDER | Memo Amount: ( 15,000.00 ) Debtor's Homestead Exemption | 8100-002 | | | |
| | | VARIOUS AGENCIES | Memo Amount: ( 5,478.73 ) Title Charges, Transfer Tax, Water | 2500-000 | | | |
| | | STATE OF ILLINOIS | Memo Amount: ( 9,901.38 ) 2006 and 2007 Tax Prorations | 2820-000 | | | |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 46.18 | | 58,616.53 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 48.17 | | 58,664.70 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.83 | | 58,714.53 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.87 | | 58,764.40 |

Page Subtotals 58,764.40 0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Case No: 05-59190 -JPC
Case Name: MEDER, PETER F.
MEDER, SUZANNE A.
Taxpayer ID No: *******2967
For Period Ending: 09/06/07

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5893 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Memo Allocation Receipts: 1,200,000.00
Memo Allocation Disbursements: 1,141,429.65

Memo Allocation Net: 58,570.35

| | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 58,764.40 | 0.00 | 58,764.40 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 58,764.40 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 58,764.40 | 0.00 | |

Total Allocation Receipts: 1,200,000.00
Total Allocation Disbursements: 1,141,429.65

Total Memo Allocation Net: 58,570.35

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********5893 | 58,764.40 | 0.00 | 58,764.40 |
| | 58,764.40 | 0.00 | 58,764.40 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 12.50

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MEDER, PETER F. | ) | Case No. 05-59190-JPC |
| MEDER, SUZANNE A. | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

**PROPOSED DISTRIBUTION REPORT**

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $30,945.85 |
| Chapter 11 Administrative Expenses: | $8,178.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $19,640.55 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $58,764.40 |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $30,945.85 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Philip V. Martino<br>Trustee Compensation | $15,000.00 | $15,000.00 |
| 000013 | Office Of The U.S. Trustee<br>U.S. Trustee Quarterly Fees | $1,250.00 | $1,250.00 |
| | Dla Piper Us Llp<br>Attorney for Trustee Fees | $13,581.50 | $13,581.50 |
| | Dla Piper Us Llp<br>Attorney for Trustee Expenses | $54.35 | $54.35 |
| | Popowcer Katten, Ltd.<br>Accountant for Trustee Fees | $1,060.00 | $1,060.00 |
| | **CLASS TOTALS** | **$30,945.85** | **$30,945.85** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 13,178.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Baldi & Associates<br>Attorney for D-I-P Fees | $12,339.00 | $7,339.00 |
| | Baldi & Associates<br>Attorney for D-I-P Expenses | $839.00 | $839.00 |
| | **CLASS TOTALS** | **$13,178.00** | **$8,178.00** |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 195,010.10 | 10.07 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000015 | Department Of The Treasury-Internal Internal Revenue Service Tax Liens | $34,732.00 | $3,498.05 |
| 000012A | Department Of The Treasury- | $147,928.75 | $14,898.73 |

| | | | |
|---|---|---|---|
| 000006 | Internal Internal Revenue Service Tax Liens Cook County Treasurer"S Office Real Property Tax Liens | $12,349.35 | $1,243.77 |
| | **CLASS TOTALS** | **$195,010.10** | **$19,640.55** |

| **10. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 353,762.20 | 0.00 |

| **CLAIM NUMBER** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| 000012B | Department Of The Treasury-Internal Claims of Governmental Units-- 507 | $335,400.57 | $0.00 |
| 000015B | Internal Revenue Service Claims of Governmental Units-- 507 | $2,527.98 | $0.00 |
| 000019 | Illinois Department Of Revenue Claims of Governmental Units-- 507 | $5,994.27 | $0.00 |
| 000008B | Illinois Department Of Revenue Claims of Governmental Units-- 507 | $9,839.38 | $0.00 |
| | **CLASS TOTALS** | **$353,762.20** | **$0.00** |

| **11. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| **12. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 87,641.50 | 0.00 |

| **CLAIM NUMBER** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| 000011 | American Express Travel Related Svc General Unsecured 726 | $4,756.91 | $0.00 |
| 000009 | Barneys New York | $5,916.86 | $0.00 |

| | | | |
|---|---|---|---|
| | General Unsecured 726 | | |
| 000001 | Bergdorf Goodman<br>General Unsecured 726 | $3,768.99 | $0.00 |
| 000018 | Citibank (South Dakota), N.A.<br>General Unsecured 726 | $2,326.90 | $0.00 |
| 000017 | Citibank (South Dakota), N.A.<br>General Unsecured 726 | $2,943.80 | $0.00 |
| 000003 | Duke Realty Limited Partnership<br>General Unsecured 726 | $45,640.23 | $0.00 |
| 000016 | Hfc<br>General Unsecured 726 | $5,348.50 | $0.00 |
| 000008A | Illinois Department Of Revenue<br>General Unsecured 726 | $2,608.20 | $0.00 |
| 000002 | Neiman Marcus<br>General Unsecured 726 | $13,394.50 | $0.00 |
| 000004 | Wells Fargo Financial Ilinois, Inc<br>General Unsecured 726 | $936.61 | $0.00 |
| | **CLASS TOTALS** | **$87,641.50** | **$0.00** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 117,726.55 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000012C | Department Of The Treasury-Internal<br>Fines, Penalties726 | $116,750.69 | $0.00 |
| 000015C | Internal Revenue Service<br>Fines, Penalties726 | $975.86 | $0.00 |
| | **CLASS TOTALS** | **$117,726.55** | **$0.00** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: ______________________ ______________________________