UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| MEDER, PETER F. ) | | Case No. 05-59190-JPC |
| MEDER, SUZANNE A. ) | | |
| Debtor(s). ) | | Hon. JACQUELINE P. COX |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:  UNITED STATES BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 619, CHICAGO, IL  60604

   On: **November 27, 2007**          Time:  **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                                                     $1,200,194.05

   Disbursements                                                                          $1,141,429.65

   Net Cash Available for Distribution                                              $58,764.40

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO | $0.00 | $15,000.00 | $0.00 |

*Trustee Compensation*

| | | | |
|---|---|---|---|
| Office of the U.S. Trustee <B>(ADMI<br>*U.S. Trustee Quarterly* | $0.00 | $0.00 | $1,250.00 |
| DLA PIPER US LLP<br>*Attorney for Trustee* | $0.00 | $13,581.50 | $54.35 |
| POPOWCER KATTEN, LTD.<br>*Accountant for Trustee* | $0.00 | $1,060.00 | $0.00 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BALDI & ASSOCIATES<br>*Attorney for D-I-P* | $5,000.00 | $7,339.00 | $839.00 |

6.   In addition to the expenses of administration listed above as may be allowed by the Court, secured tax claims totaling $195,010.10 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 10.07% .

| | | | |
|---|---|---|---|
| 000015 | Department Of The Treasury-Internal<br>Internal Revenue Service Tax Liens | $34,732.00 | $3,498.05 |
| 000012A | Department Of The Treasury-Internal<br>Internal Revenue Service Tax Liens | $147,928.75 | $14,898.73 |
| 000006 | Cook County Treasurer"S Office<br>Real Property Tax Liens | $12,349.35 | $1,243.77 |

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000008B | Illinois Department Of Revenue | $9,839.38 | $0.00 |
| 000012B | Department Of The Treasury-Internal | $335,400.57 | $0.00 |
| 000015B | Internal Revenue Service | $2,527.98 | $0.00 |
| 000019 | Illinois Department Of Revenue | $5,994.27 | $0.00 |

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $353,762.20 must be paid in full for there to be any

dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000008B | Illinois Department Of Revenue | $9,839.38 | $0.00 |
| 000012B | Department Of The Treasury-Internal | $335,400.57 | $0.00 |
| 000015B | Internal Revenue Service | $2,527.98 | $0.00 |
| 000019 | Illinois Department Of Revenue | $5,994.27 | $0.00 |

7. Claims of general unsecured creditors totaling $205,368.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Bergdorf Goodman | $3,768.99 | $0.00 |
| 000002 | Neiman Marcus | $13,394.50 | $0.00 |
| 000003 | Duke Realty Limited Partnership | $45,640.23 | $0.00 |
| 000004 | Wells Fargo Financial Ilinois, Inc | $936.61 | $0.00 |
| 000008A | Illinois Department Of Revenue | $2,608.20 | $0.00 |
| 000009 | Barneys New York | $5,916.86 | $0.00 |
| 000011 | American Express Travel Related Svc | $4,756.91 | $0.00 |
| 000012C | Department Of The Treasury-Internal | $116,750.69 | $0.00 |
| 000015C | Internal Revenue Service | $975.86 | $0.00 |
| 000016 | Hfc | $5,348.50 | $0.00 |
| 000017 | Citibank (South Dakota), N.A. | $2,943.80 | $0.00 |
| 000018 | Citibank (South Dakota), N.A. | $2,326.90 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov.* If no objections are filed, the Court will act on the fee

applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **October 24, 2007**     For the Court,

By: **KENNETH S. GARDNER**
     CLERK OF THE COURT

Trustee:   Philip V. Martino
Address:   203 North Lasalle Street
           Suite 1800
           Chicago, IL  60601
Phone No.: (312) 368-2165

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2              Date Rcvd: Oct 24, 2007
Case: 05-59190                Form ID: pdf002          Total Served: 39

The following entities were served by first class mail on Oct 26, 2007.
db          +Peter F Meder,    2439 Fox Meadow Court,    Northfield, IL 60093-4305
jdb         +Suzanne A Meder,    2439 Fox Meadow Court,    Northfield, IL 60093-4305
aty         +Colleen E McManus,    DLA Piper US LLP,    203 N LaSalle Street,    Suite 1900,
              Chicago, IL 60601-1263
aty         +DLA Piper Rudnick Gray Cary US LLP,    203 N LaSalle St,    Ste 1900,    Chicago, IL 60601-1263
aty         +Donna B Wallace,    Joseph A Baldi & Associates, PC,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty         +Eric E Walker,    DLA Piper US LLP,    203 N LaSalle Street Suite 1900,    Chicago, IL 60601-1263
aty         +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty         +Philip V Martino, ESQ,    DLA Piper US LLP,    203 N Lasalle Street,    Suite 1900,
              Chicago, IL 60601-1263
tr          +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
              Chicago, IL 60601-1264
10330542     American Express Travel Related,    Services Co Inc Corp Card,    c/o Becket and Lee LLP,
              Po Box 3001,    Malvern, PA 19355-0701
10586036     American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee, LLP,
              P.O. Box 3001,    Malvern, PA 19355-0701
10559833    +Barneys New York,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
10330543    +Barneys Ny Cred Co,    1201 Valley Brook Ave,    Lyndhurst, NJ 07071-3509
10474796    +Bergdorf Goodman,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
10330544    +Bp Oil/Citibank,    Po Box 6003,    Hagerstown, MD 21747-6003
10330546    +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
10330547    +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
10989439     Citibank (South Dakota), N.A.,    Exception Payment Processing,    P.O. Box 6305,
              The Lakes, NV 88901-6305
10330549    +Cook County Treasurer,    118 N. Clark, Room 112,    Chicago, IL 60602-1590
10535799    +Cook County Treasurer’s Office,    Legal Department,    118 North Clark Street - Room 222,
              Chicago, IL 60602-1588
10330550     Dell Financial Services,    PO Box 81577,    Austin, TX 78708-1577
10330551    +Duke Realty Limited Partnership,    C/o Gene Moskowitz & Associates, Lt,
              205 W. Wacker, Suite 1600,    Chicago, IL 60606-1441
10330552    +FGMK, LLC,    2801 Lakeside Drive,    3rd Floor,    Bannockburn, IL 60015-1275
10330553     Glenview State Bank,    PO Box 1111,    Madison, WI 53701-1111
10330554    +Green Point Savings,    4160 Main St,    Flushing, NY 11355-3800
10979662    +HFC,    P O Box 9618,    Virginia Beach, VA 23450-9618
10330555    +Hfc - Usa,    P.O. Box 1547,    Chesapeake, VA 23327-1547
10330556    +Hsbc/Bergd,    1201 Elm St,    Dallas, TX 75270-2002
10330558    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10330557    +Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph Street,
              Chicago, IL 60601-3218
10330564    +Michael Best & Friedrich,    401 North Michigan Avenue,    Suite 1900,    Chicago, IL 60611-4274
10474819    +Neiman Marcus,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
10330565    +Neiman Marcus,    Po Box 729080,    Dallas, TX 75372-9080
10330566    +Northview B&T,    245 Waukegan Road,    Northfield, IL 60093-2752
10330567    +Northview Bank and Trust,    245 Waukegan Rd,    Northfield, IL 60093-2752
10330569    +The Center for Contextual Change,    9239 Gross Point Road,    Suite 300,    Skokie, IL 60077-1365
10330570     Washington Mutual,    Po Box 1093,    Northridge, CA 91328
10499733    +Wells Fargo Financial Ilinois, Inc,    4137 121st st,    Urbandale, IA 50323-2310
10330571    +Wffinancial,    9001a N Milwaukee,    Niles, IL 60714-1536

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10920333     Office of the U.S. Trustee
10330545*   +Bp Oil/Citibank,    Po Box 6003,    Hagerstown, MD 21747-6003
10330548*   +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
10330559*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10330560*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10330561*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10330562*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10330563*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10330568*   +Northview Bank and Trust,    245 Waukegan Rd,    Northfield, IL 60093-2752
                                                                                         TOTALS: 1, * 8
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Oct 24, 2007
Case: 05-59190                Form ID: pdf002          Total Served: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2007**                                **Signature:**    _Joseph Speetjens_