UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )
                                          )    CHAPTER 7 CASE
MEDER, PETER F.                           )
MEDER, SUZANNE A.                         )
                                          )    CASE NO. 05-59190-JPC
                                          )
                                          )
                    Debtor(s).            )    Hon. JACQUELINE P. COX

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

To:    THE HONORABLE JACQUELINE P. COX
       BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order

Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of

which is attached as Exhibit "A".

All checks have been cashed. Evidence of all cancelled checks since the filing of

the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit

"B". Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that

he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

2/22/2008                                    /s/ Philip V. Martino
DATE                                         Philip V. Martino, Trustee

CHGO1\31158492.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MEDER, PETER F. | ) | Case No. 05-59190-JPC |
| MEDER, SUZANNE A. | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

### DISTRIBUTION REPORT

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $30,945.85 |
| Chapter 11 Administrative Expenses: | $9,428.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $18,491.63 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $58,865.48 |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $30,945.85 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Philip V. Martino Trustee Compensation | $15,000.00 | $15,000.00 |
| 000013 | Office Of The U.S. Trustee <B>(Admi U.S. Trustee Quarterly Fees | $1,250.00 | $1,250.00 |
| | Dla Piper Us Llp Attorney for Trustee Fees | $13,581.50 | $13,581.50 |
| | Dla Piper Us Llp Attorney for Trustee Expenses | $54.35 | $54.35 |
| | Popowcer Katten, Ltd. Accountant for Trustee Fees | $1,060.00 | $1,060.00 |
| | **CLASS TOTALS** | **$30,945.85** | **$30,945.85** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 14,428.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Baldi & Associates Attorney for D-I-P Fees | $12,339.00 | $7,657.33 |
| | Baldi & Associates Attorney for D-I-P Expenses | $839.00 | $520.67 |
| | U.S. Trustee Other Prior Chapter Administrative Expenses | $1,250.00 | $1,250.00 |
| | **CLASS TOTALS** | **$14,428.00** | **$9,428.00** |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 195,010.10 | 9.48 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000015 | Department Of The Treasury-Internal Internal Revenue Service Tax Liens | $34,732.00 | $3,293.43 |
| 000012A | Department Of The Treasury-Internal Internal Revenue Service Tax Liens | $147,928.75 | $14,027.19 |
| 000006 | Cook County Treasurer's Office Real Property Tax Liens | $12,349.35 | $1,171.01 |
| | **CLASS TOTALS** | **$195,010.10** | **$18,491.63** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 353,762.20 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000012B | Department Of The Treasury-Internal Claims of Governmental Units-- 507 | $335,400.57 | $0.00 |
| 000015B | Internal Revenue Service Claims of Governmental Units-- 507 | $2,527.98 | $0.00 |
| 000019 | Illinois Department Of Revenue Claims of Governmental Units-- 507 | $5,994.27 | $0.00 |
| 000008B | Illinois Department Of Revenue Claims of Governmental Units-- 507 | $9,839.38 | $0.00 |
| | **CLASS TOTALS** | **$353,762.20** | **$0.00** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 87,641.50 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000011 | American Express Travel Related Svc<br>General Unsecured 726 | $4,756.91 | $0.00 |
| 000009 | Barneys New York<br>General Unsecured 726 | $5,916.86 | $0.00 |
| 000001 | Bergdorf Goodman<br>General Unsecured 726 | $3,768.99 | $0.00 |
| 000018 | Citibank (South Dakota), N.A.<br>General Unsecured 726 | $2,326.90 | $0.00 |
| 000017 | Citibank (South Dakota), N.A.<br>General Unsecured 726 | $2,943.80 | $0.00 |
| 000003 | Duke Realty Limited Partnership<br>General Unsecured 726 | $45,640.23 | $0.00 |
| 000016 | Hfc<br>General Unsecured 726 | $5,348.50 | $0.00 |
| 000008A | Illinois Department Of Revenue<br>General Unsecured 726 | $2,608.20 | $0.00 |
| 000002 | Neiman Marcus<br>General Unsecured 726 | $13,394.50 | $0.00 |
| 000004 | Wells Fargo Financial Ilinois, Inc<br>General Unsecured 726 | $936.61 | $0.00 |
| | CLASS TOTALS | $87,641.50 | $0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 117,726.55 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000012C | Department Of The Treasury- | $116,750.69 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 000015C | Internal Fines, Penalties726 Internal Revenue Service Fines, Penalties726 | | $975.86 | $0.00 |
| | CLASS TOTALS | | $117,726.55 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____11/26/07_____          /s/ Philip V. Martino_____
                                        Philip V. Martino, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MEDER, PETER F. | ) | Case No. 05-59190-JPC |
| MEDER, SUZANNE A. | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

### AMENDED DISTRIBUTION REPORT

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $30,945.85 |
| Chapter 11 Administrative Expenses: | $8,178.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $19,741.63 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $58,865.48 |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $30,945.85 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Philip V. Martino Trustee Compensation | $15,000.00 | $15,000.00 |
| 000013 | Office Of The U.S. Trustee U.S. Trustee Quarterly Fees | $1,250.00 | $1,250.00 |
| | Dla Piper Us Llp Attorney for Trustee Fees | $13,581.50 | $13,581.50 |
| | Dla Piper Us Llp Attorney for Trustee Expenses | $54.35 | $54.35 |
| | Popowcer Katten, Ltd. Accountant for Trustee Fees | $1,060.00 | $1,060.00 |
| | **CLASS TOTALS** | **$30,945.85** | **$30,945.85** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 13,178.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Baldi & Associates Attorney for D-I-P Fees | $12,339.00 | $7,657.33 |
| | Baldi & Associates Attorney for D-I-P Expenses | $839.00 | $520.67 |
| | **CLASS TOTALS** | **$13,178.00** | **$8,178.00** |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) – Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 195,010.10 | 10.12 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000015 | Department Of The Treasury- Internal Internal Revenue Service Tax Liens | $34,732.00 | $3,516.06 |
| 000012A | Department Of The Treasury- | $147,928.75 | $14,975.40 |

|  | Internal | | |
|---|---|---|---|
|  | Internal Revenue Service Tax Liens | | |
| 000006 | Cook County Treasurer's Office | $12,349.35 | $1,250.17 |
|  | Real Property Tax Liens | | |
|  | **CLASS TOTALS** | **$195,010.10** | **$19,741.63** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 353,762.20 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000012B | Department Of The Treasury-Internal | $335,400.57 | $0.00 |
|  | Claims of Governmental Units-- 507 | | |
| 000015B | Internal Revenue Service | $2,527.98 | $0.00 |
|  | Claims of Governmental Units-- 507 | | |
| 000019 | Illinois Department Of Revenue | $5,994.27 | $0.00 |
|  | Claims of Governmental Units-- 507 | | |
| 000008B | Illinois Department Of Revenue | $9,839.38 | $0.00 |
|  | Claims of Governmental Units-- 507 | | |
|  | **CLASS TOTALS** | **$353,762.20** | **$0.00** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 87,641.50 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000011 | American Express Travel Related Svc | $4,756.91 | $0.00 |
|  | General Unsecured 726 | | |
| 000009 | Barneys New York | $5,916.86 | $0.00 |

| Claim | Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|---|
| | General Unsecured 726 | | |
| 000001 | Bergdorf Goodman | $3,768.99 | $0.00 |
| | General Unsecured 726 | | |
| 000018 | Citibank (South Dakota), N.A. | $2,326.90 | $0.00 |
| | General Unsecured 726 | | |
| 000017 | Citibank (South Dakota), N.A. | $2,943.80 | $0.00 |
| | General Unsecured 726 | | |
| 000003 | Duke Realty Limited Partnership | $45,640.23 | $0.00 |
| | General Unsecured 726 | | |
| 000016 | Hfc | $5,348.50 | $0.00 |
| | General Unsecured 726 | | |
| 000008A | Illinois Department Of Revenue | $2,608.20 | $0.00 |
| | General Unsecured 726 | | |
| 000002 | Neiman Marcus | $13,394.50 | $0.00 |
| | General Unsecured 726 | | |
| 000004 | Wells Fargo Financial Ilinois, Inc | $936.61 | $0.00 |
| | General Unsecured 726 | | |
| | **CLASS TOTALS** | **$87,641.50** | **$0.00** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 117,726.55 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000012C | Department Of The Treasury-Internal | $116,750.69 | $0.00 |
| | Fines, Penalties726 | | |
| 000015C | Internal Revenue Service | $975.86 | $0.00 |
| | Fines, Penalties726 | | |
| | **CLASS TOTALS** | **$117,726.55** | **$0.00** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____11/26/07_____        /s/ Philip V. Martino_____
                                        Philip V. Martino, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MEDER, PETER F. | ) | Case No. 05-59190-JPC |
| MEDER, SUZANNE A. | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

## SECOND AMENDED DISTRIBUTION REPORT

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $0.00 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $1,250.17 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $1,250.17 |

**Trustee disbursed all moneys in the bankruptcy estate, including a check to the Cook County Treasurer's Office. The check was returned and the claim withdrawn as already paid. Trustee now disburses that amount of money to the remaining secured tax lien claims.**

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $15,945.85 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000013 | Office Of The U.S. Trustee <B>(Admi U.S. Trustee Quarterly Fees | $1,250.00 | $0.00 |
| | Dla Piper Us Llp Attorney for Trustee Fees | $13,581.50 | $0.00 |
| | Dla Piper Us Llp Attorney for Trustee Expenses | $54.35 | $0.00 |
| | Popowcer Katten, Ltd. Accountant for Trustee Fees | $1,060.00 | $0.00 |
| | **CLASS TOTALS** | **$15,945.85** | **$0.00** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 13,178.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Baldi & Associates Attorney for D-I-P Fees | $12,339.00 | $0.00 |
| | Baldi & Associates Attorney for D-I-P Expenses | $839.00 | $0.00 |
| | **CLASS TOTALS** | **$13,178.00** | **$0.00** |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 182,660.75 | 10.81 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000015 | Department Of The Treasury- Internal Internal Revenue Service Tax Liens | $34,732.00 | $237.71 |
| 000012A | Department Of The Treasury- | $147,928.75 | $1,012.46 |

Internal
Internal Revenue Service Tax Liens

| | CLASS TOTALS | $182,660.75 | $1,250.17 |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 353,762.20 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000012B | Department Of The Treasury-Internal | $335,400.57 | $0.00 |
| | Claims of Governmental Units-- 507 | | |
| 000015B | Internal Revenue Service | $2,527.98 | $0.00 |
| | Claims of Governmental Units-- 507 | | |
| 000019 | Illinois Department Of Revenue | $5,994.27 | $0.00 |
| | Claims of Governmental Units-- 507 | | |
| 000008B | Illinois Department Of Revenue | $9,839.38 | $0.00 |
| | Claims of Governmental Units-- 507 | | |
| | CLASS TOTALS | $353,762.20 | $0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 87,641.50 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000011 | American Express Travel Related Svc | $4,756.91 | $0.00 |
| | General Unsecured 726 | | |
| 000009 | Barneys New York | $5,916.86 | $0.00 |
| | General Unsecured 726 | | |
| 000001 | Bergdorf Goodman | $3,768.99 | $0.00 |

| | | | |
|---|---|---|---|
| | General Unsecured 726 | | |
| 000018 | Citibank (South Dakota), N.A. | $2,326.90 | $0.00 |
| | General Unsecured 726 | | |
| 000017 | Citibank (South Dakota), N.A. | $2,943.80 | $0.00 |
| | General Unsecured 726 | | |
| 000003 | Duke Realty Limited Partnership | $45,640.23 | $0.00 |
| | General Unsecured 726 | | |
| 000016 | Hfc | $5,348.50 | $0.00 |
| | General Unsecured 726 | | |
| 000008A | Illinois Department Of Revenue | $2,608.20 | $0.00 |
| | General Unsecured 726 | | |
| 000002 | Neiman Marcus | $13,394.50 | $0.00 |
| | General Unsecured 726 | | |
| 000004 | Wells Fargo Financial Ilinois, Inc | $936.61 | $0.00 |
| | General Unsecured 726 | | |
| | **CLASS TOTALS** | **$87,641.50** | **$0.00** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 117,726.55 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000012C | Department Of The Treasury-Internal Fines, Penalties726 | $116,750.69 | $0.00 |
| 000015C | Internal Revenue Service Fines, Penalties726 | $975.86 | $0.00 |
| | **CLASS TOTALS** | **$117,726.55** | **$0.00** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  12/27/07                          /s/ Philip V. Martino
                                          Philip V. Martino, Trustee

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MEDER, PETER F. | ) | Case No. 05-59190-JPC |
| MEDER, SUZANNE A. | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

### Order Awarding Compensation And Expenses

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees

and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed

as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $15,000.00 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $15,000.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed

above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

2 7 NOV 2007

DATED this _____ day of _____

ENTERED: _____ J. Cox _____ Jacqueline P. Cox

UNITED STATES BANKRUPTCY JUDGE

05-59190:79.2:Application for Compensation:Proposed Order Entered: 10/10/2007 3:32:45 PM by:Philip Martino Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:                              )     Chapter 7
                                    )     Case No. 05 B 59190
Peter F. Meder and Suzanne A. Meder,)     Judge Jacqueline P. Cox
                                    )
    Debtors.                        )

## ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF COSTS INCURRED IN CONNECTION WITH THE FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF DLA PIPER US LLP, ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE BANKRUPTCY ESTATE OF PETER F. MEDER AND SUZANNE A. MEDER

This cause coming to be heard on the First and Final Fee Application of DLA Piper US LLP as Attorneys for Philip V. Martino, Trustee for the Bankruptcy Estate of Peter F. Meder and Suzanne A. Meder (the "**Application**"); due notice having been given; the Court having heard the statements of counsel present; and the Court being fully advised in the premises; the Court hereby enters the following FINDINGS:

1.      That in the Application, DLA Piper US LLP sought the allowance of $13,581.50 for 36.40 hours of actual, necessary and valuable professional services rendered to the Trustee from August 16, 2006 through the end of this bankruptcy; AND

2.      That in the Application, DLA Piper US LLP sought reimbursement of necessary costs incurred in the amount of $54.35;

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

A.      That the Court allows $ 13,581.50 as compensation to DLA Piper US LLP for actual, necessary and valuable professional services rendered to the Trustee from August 16, 2006 through the end of this bankruptcy; and

05-59190;79.2:Application for Compensation:Proposed Order Entered: 10/10/2007 3:32:45 PM by:Philip Martino Page 2 of 2

B.    That the Court allows $_____54.35_____ as reimbursement to DLA Piper

US LLP for necessary costs incurred; and

C.    That this matter is a core proceeding.

Dated:_____2 7 NOV 2007_____ 2007

ENTERED:

_Jacqueline P. Cox_
_J. Cox_
_____
Honorable Jacqueline P. Cox

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 05 B 59190 |
| Peter F. Meder and Suzanne A. Meder, | ) | Judge Jacqueline P. Cox |
| | ) | |
| Debtors. | ) | |

### Order Awarding Compensation And Expenses

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the request for compensation and expenses is allowed as follows:

POPOWCER KATTEN LTD.
*Accountant for Trustee*
a.   Compensation                                 $1,060.00
b.   Expenses                                       $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this ___27th___ day of ___November___, 2007 _____

ENTERED: _____

### UNITED STATES BANKRUPTCY JUDGE

CH001\9109357L.1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 05-59190 | JPC | Judge: JACQUELINE P. COX |
|---|---|---|---|
| Case Name: | MEDER, PETER F. | | |
| | MEDER, SUZANNE A. | | |
| For Period Ending: 02/22/08 | | | |

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 08/15/06 (c)
341(a) Meeting Date: 09/13/06
Claims Bar Date: 12/18/06

| 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. 2439 Fox Meadow Court | 1,100,000.00 | Unknown | | 1,200,000.00 | FA |
| 2. Northview Bank & Trust | 800.00 | 0.00 | | 0.00 | FA |
| 3. Bank One JP Morgan | 500.00 | 0.00 | | 0.00 | FA |
| 4. Northshore Bank From Chapter 11 | 1,800.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Art Objects | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Normal Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry and Furs | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. Photographic Equipment | 500.00 | 0.00 | | 0.00 | FA |
| 10. Peter Meder & Co. Inc. | 0.00 | Unknown | | 0.00 | FA |
| 11. 2000 Honda Accord | 5,000.00 | 0.00 | | 0.00 | FA |
| 12. 1995 Toyota Corolla | 2,500.00 | 0.00 | | 0.00 | FA |
| 13. 2002 Mercedes Wagon-Leased | 20,000.00 | 0.00 | | 0.00 | FA |
| 14. Conway Farms Golf Club Membership | 40,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 295.13 | Unknown |

| TOTALS (Excluding Unknown Values) | $1,181,100.00 | $0.00 | | $1,200,295.13 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/02    Current Projected Date of Final Report (TFR): 12/31/07

LFORM1

Ver: 12.61a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Ver: 12.61a

Case No: 05-59190 -JPC
Case Name: MEDER, PETER F.
MEDER, SUZANNE A.
Taxpayer ID No: ********2967
For Period Ending: 02/22/08

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******5893 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/01/07 | 1 | Martha Fram Jackson, Trustee Living Trust 12/19/96 | Sale of Real Estate Memo Amount: 1,200,000.00 | | 58,570.35 | | 58,570.35 |
| | | MARTHA FRAM JACKSON, TRUSTEE | Sale of Real Estate | 1110-000 | | | |
| | | WASHINGTON MUTUAL | Memo Amount: ( 768,231.86 ) First Mortgage | 4110-000 | | | |
| | | GREENPOINT MORTGAGE | Memo Amount: ( 231,602.38 ) Second Mortgage | 4110-000 | | | |
| | | NORTHBROOK BANK | Memo Amount: ( 53,854.29 ) Third and Fourth Mortgage | 4110-000 | | | |
| | | SANDRA HASWELL, SUDLER SOTHEBY | Memo Amount: ( 54,195.00 ) Broker's Commission | 3510-000 | | | |
| | | FOX MEADOW COURT CONDO ASSOCIATION | Memo Amount: ( 2,981.43 ) Condo Association Lien | 4110-000 | | | |
| | | STATE OF ILLINOIS | Memo Amount: ( 184.58 ) 2005 Real Estate Tax Redemption | 2820-000 | | | |
| | | PETER AND SUZANNE MEDER | Memo Amount: ( 15,000.00 ) Debtor's Homestead Exemption | 8100-002 | | | |
| | | VARIOUS AGENCIES | Memo Amount: ( 5,478.73 ) Title Charges, Transfer Tax, Water | 2500-000 | | | |
| | | STATE OF ILLINOIS | Memo Amount: ( 9,901.38 ) 2006 and 2007 Tax Prorations | 2820-000 | | | |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 46.18 | | 58,616.51 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 48.17 | | 58,664.76 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.83 | | 58,714.59 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 49.87 | | 58,764.46 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 37.43 | | 58,801.89 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 37.46 | | 58,839.29 |
| 11/2 6/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 26.19 | | 58,865.48 |
| | | | Page Subtotals | | 58,865.48 | 0.00 | |

LFORM24

Page: 2

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        05-59190 -JPC
Case Name:      MEDER, PETER F.
                MEDER, SUZANNE A.
Taxpayer ID No.: *******2967
For Period Ending: 02/22/08

Trustee Name:       PHILIP V. MARTINO
Bank Name:          BANK OF AMERICA, N.A.
Account Number / CD #:  ******5893  BofA - Money Market Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/26/07 | | Transfer to Acct #*******5945 | Final Posting Transfer | 9999-000 | | 58,865.48 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 1,200,000.00 | COLUMN TOTALS | 58,865.48 | 58,865.48 |
| Memo Allocation Disbursements: | 1,141,429.65 | Less: Bank Transfers/CD's | 0.00 | 58,865.48 |
| | | Subtotal | 58,865.48 | 0.00 |
| Memo Allocation Net: | 58,570.35 | Less: Payments to Debtors | | 0.00 |
| | | Net | 58,865.48 | 0.00 |

Page Subtotals    0.00    58,865.48

Ver: 12.61a

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-59190 -JPC
Case Name: MEDER, PETER F. / MEDER, SUZANNE A.
Taxpayer ID No: *******2967
For Period Ending: 02/22/08

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5945 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 |
| 11/26/07 | | Transfer from Acct #*******5893 | BALANCE FORWARD / Transfer In From MMA Account | 9999-000 | 58,865.48 | | 58,865.48 |
| * 12/03/07 | 003001 | PHILIP V. MARTINO 203 NORTH LASALLE STREET SUITE 1800 CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | 2100-003 | | 15,000.00 | 43,865.48 |
| * 12/03/07 | 003001 | PHILIP V. MARTINO 203 NORTH LASALLE STREET SUITE 1800 CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | 2100-003 | | -15,000.00 | 58,865.48 |
| * 12/03/07 | 003002 | DLA Piper US LLP | Fees 13,581.50 / Expenses 54.35 | 3110-003 / 3120-003 | | 13,635.85 | 45,229.63 |
| * 12/03/07 | 003002 | DLA Piper US LLP | VOID Fees ( 13,581.50 ) Expenses ( 54.35 ) | 3110-003 / 3120-003 | | -13,635.85 | 58,865.48 |
| * 12/03/07 | 003003 | Popower Katten, Ltd. | | 3410-003 | | 1,060.00 | 57,805.48 |
| * 12/03/07 | 003003 | Popower Katten, Ltd. | VOID | 3410-003 | | -1,060.00 | 58,865.48 |
| * 12/03/07 | 003004 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> | Claim 000013, Payment 100.00000% | 2950-003 | | 1,250.00 | 57,615.48 |
| * 12/03/07 | 003004 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> | Claim 000013, Payment 100.00000% | 2950-003 | | -1,250.00 | 58,865.48 |
| * 12/03/07 | 003005 | Baldi & Associates | Fees 7,657.33 / Expenses 520.67 | 6210-163 / 6220-173 | | 8,178.00 | 50,687.48 |
| * 12/03/07 | 003005 | Baldi & Associates | VOID Fees ( 7,657.33 ) Expenses ( 520.67 ) | 6210-163 / 6220-173 | | -8,178.00 | 58,865.48 |
| * 12/03/07 | 003006 | U.S. Trustee | | 6990-003 | | 1,250.00 | 57,615.48 |
| * 12/03/07 | 003006 | U.S. Trustee | VOID | 6990-003 | | -1,250.00 | 58,865.48 |
| | | | Page Subtotals | | 58,865.48 | 0.00 | |

Ver: 12.61a

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 05-59190 -JPC |
| Case Name: | MEDER, PETER F. MEDER, SUZANNE A. |
| Taxpayer ID No: | *******2967 |
| For Period Ending: | 02/22/08 |

| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5945 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/03/07 | 003007 | Cook County Treasurer's Office Legal Department 118 North Clark Street - Room 222 Chicago, IL 60602 | Claim 000006, Payment 9.482336% | 4700-003 | | 1,171.01 | 57,694.40 |
| 12/03/07 | 003007 | Cook County Treasurer's Office Legal Department 118 North Clark Street - Room 222 Chicago, IL 60602 | Claim 000006, Payment 9.482336% | 4700-003 | | -1,171.01 | 58,865.41 |
| 12/03/07 | 003008 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | Claim 000012A, Payment 9.482340% | 4300-003 | | 14,027.19 | 44,83 |
| 12/03/07 | 003008 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | Claim 000012A, Payment 9.482340% | 4300-003 | | -14,027.19 | 58,8 |
| 12/03/07 | 003009 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | Claim 000015, Payment 9.48241% | 4300-003 | | 3,293.43 | 55,57 |
| 12/03/07 | 003009 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | Claim 000015, Payment 9.48241% | 4300-003 | | -3,293.43 | 58,865 |
| 12/03/07 | 003010 | PHILIP V. MARTINO 203 NORTH LASALLE STREET SUITE 1800 CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | 2100-000 | | 15,000.00 | 43,865.4 |
| 12/03/07 | 003011 | DLA Piper US LLP | Fees        13,581.50 | 3110-000 | | 13,635.85 | 30,229.6 |
| | | | | | | | 30,229.63 |

| | | | Page Subtotals | | 0.00 | 28,635.85 | |

LFORM24

Ver: 12.61a

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Case No:            05-59190 -JPC
Case Name:          MEDER, PETER F.
                    MEDER, SUZANNE A.
Taxpayer ID No:     ******2967
For Period Ending:  02/22/08

Trustee Name:           PHILIP V. MARTINO
Bank Name:              BANK OF AMERICA, N.A.
Account Number / CD #:  ******5945 BofA - Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/03/07 | 003012 | Popwcer Katten, Ltd. | Expenses            54.35 | 3120-000 | | | 30,229.63 |
| | | | | 3410-000 | | 1,060.00 | 29,169.63 |
| 12/03/07 | 003013 | Office of the U.S. Trustee | Claim 000013, Payment 100.00000% | 2950-000 | | 1,250.00 | 27,919.63 |
| 12/03/07 | 003014 | Baldi & Associates <B>(ADMINISTRATIVE)</B> | Fees            7,657.33 | 6210-160 | | | 19,741.63 |
| | | | Expenses            520.67 | 6220-170 | | | 19,741.63 |
| | | | | | | 8,178.00 | 19,741.63 |
| 12/03/07 | 003015 | Cook County Treasurer's Office Legal Department 118 North Clark Street - Room 222 Chicago, IL 60602 | Claim 000006, Payment 10.12337% | 4700-003 | | 1,250.17 | 18,490.__ |
| 12/03/07 | 003016 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | Claim 000012A, Payment 10.12339% | 4300-000 | | 14,975.40 | 3,514.83 |
| 12/03/07 | 003017 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | Claim 000015, Payment 10.12340% | 4300-000 | | 3,516.06 | |
| 12/20/07 | 003015 | Cook County Treasurer's Office Legal Department 118 North Clark Street - Room 222 Chicago, IL 60602 | Claim 000006, Payment 10.12337% | 4700-003 | | -1,250.17 | 1,250.17 |
| 12/28/07 | 003018 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | Claim 000012A, Payment 0.68442% | 4300-000 | | 1,012.46 | 237.71 |
| 12/28/07 | 003019 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 | Claim 000015, Payment 0.68441% | 4300-000 | | 237.71 | 0.00 |

Page Subtotals                0.00                30,229.63                30,229.63

Ver: 12.61a

LF0RM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Case No: 05-59190 -JPC
Case Name: MEDER, PETER F.
MEDER, SUZANNE A.
Taxpayer ID No: *******2967
For Period Ending: 02/22/08

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5945 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Philadelphia, PA 19114 | | | | | |
| | | Memo Allocation Receipts: 0.00 | COLUMN TOTALS | | 58,865.48 | 58,865.48 | |
| | | Memo Allocation Disbursements: 0.00 | Less: Bank Transfers/CD's | | 58,865.48 | 0.00 | |
| | | | Subtotal | | 0.00 | 58,865.48 | |
| | | Memo Allocation Net: 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 58,865.48 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
| | | Total Allocation Receipts: 1,200,000.00 | TOTAL - ALL ACCOUNTS | | 58,865.48 | 58,865.48 | |
| | | Total Allocation Disbursements: 1,141,429.65 | BofA - Money Market Account - *******5893 | | 0.00 | 0.00 | |
| | | | BofA - Checking Account - *******5945 | | 58,865.48 | 58,865.48 | |
| | | Total Memo Allocation Net: 58,570.35 | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00    0.00

Ver: 12.61a
LFORM24